THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASSEM M. ALSHOAIBI, Appellant. (Appeal No. 2.) [710 NYS2d 284] —Appeal from resentence insofar as it concerns counts 4 and 7

of the indictment unanimously dismissed as moot and resentence affirmed. (Appeal from Resentence of Erie County Court, DiTullio, J.—Resentence.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.